In re A. H. ROBINS CO., INC., "DAL-KON SHIELD" IUD PRODUCTS LIABILITY LITIGATION.

No. 211.

Judicial Panel on Multidistrict Litigation.

July 7, 1978.

As Corrected Aug. 16, 1978.

Before JOHN MINOR WISDOM, Chairman, and EDWARD WEINFELD, EDWIN A. ROBSON, JOSEPH S. LORD, III, STANLEY A. WEIGEL, ANDREW A. CAFFREY and ROY W. HARPER *, Judges of the Panel.

## OPINION AND ORDER

PER CURIAM.

The Panel, pursuant to 28 U.S.C. § 1407, previously has transferred several actions in this litigation to the District of Kansas and, with the consent of that court, assigned them to the Honorable Frank G. Theis for coordinated or consolidated pretrial proceedings. *In re A. H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation*, 438 F.Supp. 942 (Jud.Pan.Mult.Lit. 1977); 419 F.Supp. 710 (J.P.M.L.1976); 406 F.Supp. 540 (Jud.Pan.Mult.Lit.1975). All the actions in this litigation involve claims for injuries allegedly incurred as the result of using the "Dalkon Shield" intrauterine device. Defendant A. H. Robins Co., Inc. (Robins) acquired all rights to the "Dalkon Shield" in June, 1970.

Upon the suggestion of Judge Theis, the Panel issued an order on February 17, 1978, as amended February 22, 1978, to show cause why the actions listed on the following Schedule A[1] should not be remanded to their transferor districts.[2] *See* Rule 11(c), R.P.J.P.M.L., 65 F.R.D. 253, 261 (1975). Plaintiff in one of the actions makes a qualified objection to remand. Robins does not object to remand but requests that the Panel's order of remand include suggestions to the transferor judges concerning the further conduct of the remanded actions. Lead and liaison counsel for the plaintiffs and one other counsel representing several plaintiffs oppose any qualifications on remand.

We find that remand of the actions on Schedule A is appropriate at this time and, accordingly, we order the actions remanded to their respective transferor courts. We decline to make any suggestions or include any qualifications that could be perceived as attempts to direct the transferor judges or to make any suggestions to them in the discharge of duties and responsibilities committed solely to those judges.

The actions that Judge Theis has recommended for remand are actions that name Robins as the sole defendant. Judge Theis states that while all pretrial proceedings have not been completed in these actions, all pretrial proceedings of a general nature have been concluded. Judge Theis considers remand of these actions appropriate at this time because the objectives of centralized pretrial proceedings under Section 1407 have been achieved, and because completion of the remaining discovery and resolution of the remaining issues can most expeditiously be effectuated by the transferor courts.[3]

Plaintiff in one action supports remand of her action only if the Panel's order of

---

* Judge Harper took no part in the decision of this matter.

1. The Panel's order to show cause originally included additional actions which have since been terminated in the transferee district. Accordingly, the question of remand concerning these actions is now moot.

2. Because the Panel anticipated opposition to remand of these actions, a show cause order was issued instead of a conditional remand order. *Compare* Rule 11(f), R.P.J.P.M.L., 65 F.R.D. 253, 262 (1975) *with* Rule 10(b), *id.* at 260.

3. The matter of further pretrial proceedings in the transferor courts is discussed in Judge Theis's pretrial order dated November 28, 1977.

remand expressly requires the transferor courts to allow the parties to continue local discovery. Similarly, Robins also desires that the remand order protect the right of the parties to continue pretrial proceedings. Additionally, Robins requests the Panel to suggest that all transferor courts consider Robins's national trial calendar in setting actions for trial.

▮ In considering remand of actions, the Panel is greatly influenced by the transferee judge's suggestion that remand is appropriate. *In re Evergreen Valley Project Litigation*, 435 F.Supp. 923, 924 (Jud.Pan. Mult.Lit.1977). When actions are transferred pursuant to Section 1407, it is recognized that in some cases situations exist where the purpose of the statute has been satisfied and areas of discovery remain that more properly can be concluded in the original transferor district. The statute contemplates that the transferee judge will conduct the common pretrial proceedings with respect to the actions and any other pretrial proceedings as the transferee judge considers appropriate. *Id.* Judge Theis's suggestion that remand of the actions on Schedule A is appropriate is obviously an expression that he perceives his role under Section 1407 to be completed regarding those actions. We adopt his recommendation and order remand of the actions.

▮ The Panel is neither empowered nor inclined to direct, or suggest to, a transferor judge how he or she should conduct further proceedings in actions after remand. The questions regarding continuing pretrial proceedings and trial coordination raised by some parties to this litigation, to the extent not already addressed by the pretrial orders of the transferee court, will be, upon remand, within the province of the respective transferor courts. *See generally In re Air Crash Disaster at Greater Cincinnati Airport (Constance, Kentucky) on November 20, 1967*, 354 F.Supp. 275 (Jud.Pan. Mult.Lit.1973). *See also In re Equity Funding Corporation of America Securities Litigation*, 375 F.Supp. 1378, 1384 (Jud.Pan. Mult.Lit.1974); *In re Plumbing Fixture Cases*, 298 F.Supp. 484, 489 (Jud.Pan.Mult. Lit.1968).

IT IS THEREFORE ORDERED that all actions on the following Schedule A be, and the same hereby are, remanded to the districts from which they were transferred.

SCHEDULE A

### District of Kansas

| | |
|---|---|
| Norma Sacks v. A. H. Robins Co. (N.D.Cal., C75–0920–SAW) | Civil Action No. 76–46–C6 |
| Janette Allyn Hawkinson v. A. H. Robins Co. (D.Colorado, 75–W–714) | Civil Action No. 76–82–C6 |
| Mary Ikaza v. A. H. Robins Co. (D.Colorado, 76–W–103) | Civil Action No. 76–121–C6 |
| Marie Meland v. A. H. Robins Co., Inc. (D.Colo., 76–M–1212) | Civil Action No. 77–1089–C6 |
| Rosalyn Fader v. A. H. Robins Co. (D.Conn., H/75–281) | Civil Action No. 76–123–C6 |
| Joan Cart v. A. H. Robins Co. (D.D.C., 77–0533) | Civil Action No. 77–1188–C6 |
| Randy Medoff v. A. H. Robins Co. (D.D.C., 77–0265) | Civil Action No. 77–1136–C6 |
| Patricia Morse v. A. H. Robins Co. (D.D.C., 76–1034) | Civil Action No. 76–363–C6 |
| Lucille Robinson v. A. H. Robins Co. (D.D.C., 76–0097) | Civil Action No. 76–122–C6 |
| Rena Hutcheson v. A. H. Robins Co. (M.D.Fla., 77–0274–Civ–BK) | Civil Action No. 77–1189–C6 |
| Carol Ann McLester v. A. H. Robins Co. (M.D.Fla., 77–294–Civ–J–S) | Civil Action No. 77–1259–C6 |
| Sharyn Frisbie v. A. H. Robins Co. (M.D.Florida, 76–525–Civ–T–H) | Civil Action No. 76–365–C6 |
| Gloria Koenig, et al. v. A. H. Robins Co. (S.D.Florida, 76–1681–Civ–CF) | Civil Action No. 76–479–C6 |
| Shelia Howard v. A. H. Robins Co. (S.D.Fla., 76–1522–Civ–JLK) | Civil Action No. 76–478–C6 |
| Lorraine Schwartz, et al. v. A. H. Robins Co. (S.D.Fla., 77–2036–Civ–WMH) | Civil Action No. 77–1327–C6 |
| Sherrill Marie Little v. A. H. Robins Co., Inc. (N.D.Ga., C74–62–G) | Civil Action No. 75–337–C6 |
| Rebecca S. Hooker v. A. H. Robins Co. (N.D.Ga., C75–26–G) | Civil Action No. 75–339–C6 |
| Phyllis Ann McGregor, et al. v. A. H. Robins Co. (N.D.Ga., C75–1933A) | Civil Action No. 76–50–C6 |
| Wayne Mings, et ux., Brenda Mings v. A. H. Robins Co. (N.D.Ga., C75–2301A) | Civil Action No. 76–345–C6 |
| Madelon Y. Vann, et al. v. A. H. Robins Co. (N.D.Ga., C76–878A) | Civil Action No. 76–303–C6 |
| Emilia N. Kelley v. A. H. Robins Co. (N.D.Ga., C77–530A) | Civil Action No. 76–1191–C6 |

Linda S. Szot v. A. H. Robins Co. (N.D.Ind., 75–167) — Civil Action No. 76–51–C6

Patricia Elizabeth Junkin v. A. H. Robins Co. (N.D.Iowa, C77–2009) — Civil Action No. 77–1137–C6

Carita M. Curtis, et al. v. A. H. Robins Co. (W.D.Ky., C76–0280–L (A)) — Civil Action No. 76–369–C6

Norma R. and Eric Lee v. A. H. Robins Co. (D.Md., H–76–350) — Civil Action No. 76–170–C6

Sherry S. Atkinson v. A. H. Robins Co. (D.Md., H–77–1213) — Civil Action No. 77–1371–C6

Catherine and Donald Gaffney v. A. H. Robins Co. (D.Md., K–76–313) — Civil Action No. 76–171–C6

Kristine and Pierce Michael v. A. H. Robins Co. (D.Md., H–74–1158) — Civil Action No. 75–319–C6

Theresa Anne Buchanan, et al. v. A. H. Robins Co. (D.Md., H–75–1336) — Civil Action No. 76–84–C6

Jeanne E. Gugino v. A. H. Robins Co. (D.Mass., 77–1877–T) — Civil Action No. 77–1325–C6

Diane R. Plosia v. A. H. Robins Co. (D.Mass., 77–2627–M) — Civil Action No. 76–373–C6

Ellen A. Pollack v. A. H. Robins Co. (D.Mass., 77–1759–T) — Civil Action No. 77–1312–C6

Barbara & John Kelly v. A. H. Robins Co. (D.Mass., 77–1122–S) — Civil Action No. 77–1264–C6

James P. & Mary E. Corcoran v. A. H. Robins Co. (D.Mass., 77–665–T) — Civil Action No. 77–1138–C6

Kathleen A. & Daniel J. Holt v. A. H. Robins Co. (D.Mass., 77–255–S) — Civil Action No. 77–1121–C6

Andrea Bachner v. A. H. Robins Co., Inc. (D.Mass., 76–4304) — Civil Action No. 76–521–C6

Cynthia G. & Charles Griffin v. A. H. Robins Co. (D.Mass., 75–4841–S) — Civil Action No. 76–127–C6

Emily A. Samuels v. A. H. Robins Co. (D.Massachusetts, CA74–5344–S) — Civil Action No. 75–321–C6

Donna M. & Michael A. McCormack v. A. H. Robins Co., Inc. (D.Mass., 75–4242–T) — Civil Action No. 76–126–C6

Susan Johns v. A. H. Robins Co., Inc. (D.Mass., 75–2240–G) — Civil Action No. 76–124–C6

Elaine & David Samick v. A. H. Robins Co., Inc. (D.Mass., 75–2965–G) — Civil Action No. 76–3–C6

Maura Bliven v. A. H. Robins Co., Inc. (D.Mass., 75–0808–S) — Civil Action No. 75–322–C6

Norma & Eric Lee v. A. H. Robins Co., Inc. (D.Mass., 76–891–C) — Civil Action No. 76–222–C6

Mary & Anthony Shimansky v. A. H. Robins Co., Inc. (D.Mass., 76–4303–G) — Civil Action No. 77–1090–C6

Patricia J. and George Motta v. A. H. Robins Co. (D.Mass., CA75–3884–S) — Civil Action No. 76–125–C6

Janet Sheppard, et al. v. A. H. Robins Co. (D.Mass., 76–1187–F) — Civil Action No. 76–269–C6

Gilda Katz, et al. v. A. H. Robins Co. (D.Mass., 75–2964–S) — Civil Action No. 76–64–C6

Carolyn Jones v. A. H. Robins Co., Inc. (E.D.Mo., 76–670C3) — Civil Action No. 76–417–C6

Julia Menapace v. A. H. Robins Co. (W.D.Mo., 77–5026–CV–SW) — Civil Action No. 77–1324–C6

Judith B. and Michael J. McAloon v. A. H. Robins Co. (W.D.Mo., 77–0572–CV–W4) — Civil Action No. 77–1373–C6

Theresa A. and Jack E. Troupe v. A. H. Robins Co. (W.D.Mo., 77–0161–CV–W2) — Civil Action No. 77–1260–C6

Christine Mills v. A. H. Robins Co. (E.D.Mich., 770527) — Civil Action No. 77–1139–C6

Ariste N. and James P. Mimkos v. A. H. Robins Co. (E.D.Mich., 570582) — Civil Action No. 75–345–C6

Deborah Moore v. A. H. Robins Co. (E.D.Mich., 670898) — Civil Action No. 76–524–C6

Margaret A. Talburtt v. A. H. Robins Co. (E.D.Mich., 672385) — Civil Action No. 77–1026–C6

Judith and Sheldon Levin v. A. H. Robins Co. (E.D.Mich., 571853) — Civil Action No. 76–146–C6

Suzanne and Daniel Conley v. A. H. Robins Co. (W.D.Mich., G77–144–CA1) — Civil Action No. 77–1192–C6

Judith K. Miller v. A. H. Robins Co. (D.Minn., 2–76–101) — Civil Action No. 76–227–C6

Caryl A. and Karl R. Darge v. A. H. Robins Co. (D.Minn., 2–76–102) — Civil Action No. 76–228–C6

Karen R. Karschnik v. A. H. Robins Co. (D.Minn., 2–76–103) — Civil Action No. 76–229–C6

Nancy E. and Daune A. Xiatt v. A. H. Robins Co. (D.Minn., 2–76–105) — Civil Action No. 76–231–C6

Joyce K. and Daryl A. Anderson v. A. H. Robins Co. (D.Minn., 2–76–312) — Civil Action No. 76–445–C6

Bonnie Anderson, a/k/a Bonnie Fletcher v. A. H. Robins Co. (D.Minn., 2–76–311) — Civil Action No. 76–444–C6

Elizabeth C. and John L. Beiswanger v. A. H. Robins Co. (D.Minn., 2–77–272) — Civil Action No. 77–1287–C6

Eugenia K. and Edward C. Brown v. A. H. Robins Co. (D.Minn., 4–76–411) — Civil Action No. 76–481–C6

Pamela J. and John H. Cameron v. A. H. Robins Co. (D.Minn., 3–77–189) — Civil Action No. 77–1207–C6

Nancy J. Chase v. A. H. Robins Co. (D.Minn., 2–77–4) — Civil Action No. 77–1049–C6

Susan E. Czapiewski v. A. H. Robins Co. (D.Minn., 2–77–14) — Civil Action No. 77–1059–C6

Gail Pons and Richard Charles Dodge v. A. H. Robins Co. (D.Minn., 4–76–81) — Civil Action No. 76–173–C6

Donna J. and Lester R. Drankwalter v. A. H. Robins Co. (D.Minn., 2–77–275) — Civil Action No. 77–1290–C6

Connie C. and Mark A. Enstad v. A. H. Robins Co. (D.Minn., 2–76–310) — Civil Action No. 76–413–C6

Phyllis and Michael Fair v. A. H. Robins Co. (D.Minn., 4–77–162) — Civil Action No. 77–1258–C6

Deloris A. and David M. Fix v. A. H. Robins Co. (D.Minn., 2–77–276) — Civil Action No. 77–1291–C6

Ann L. Long v. A. H. Robins Co. (D.Minn., 2–77–284) — Civil Action No. 77–1299–C6

Joan M. Miller v. A. H. Robins Co. (D.Minn., 2–77–285) — Civil Action No. 77–1300–C6

Christine E. and Thomas K. Morrison v. A. H. Robins Co. (D.Minn., 3–76–401) — Civil Action No. 76–505–C6

Susan E. Ode v. A. H. Robins Co. (D.Minn., 2–77–286) — Civil Action No. 77–1301–C6

Claudia E. and Donald L. Goodrich v. A. H. Robins Co. (D.Minn., 2–76–314) — Civil Action No. 76–447–C6

M. Denise Hatton v. A. H. Robins Co. (D.Minn., 2–77–278) — Civil Action No. 77–1293–C6

Eileen E. and Peter S. Heno v. A. H. Robins Co. (D.Minn., 2–77–279) — Civil Action No. 77–1294–C6

Rochelle and William B. Itman v. A. H. Robins Co. (D.Minn., 2–77–280) — Civil Action No. 77–1295–C6

Teresa G. and Peter A. Ivanca v. A. H. Robins Co. (D.Minn., 2–77–281) — Civil Action No. 77–1296–C6

Margaret A. Johansen v. A. H. Robins Co. (D.Minn., 4–77–278) — Civil Action No. 77–1372–C6

Nora E. and Kenneth J. Jost v. A. H. Robins Co. (D.Minn., 4–77–217) — Civil Action No. 77–1286–C6

Deanna and Neil Kreeck v. A. H. Robins Co. (D.Minn., 2–77–6) — Civil Action No. 77–1051–C6

Darlene R. and Gerald D. Krenzke v. A. H. Robins Co. (D.Minn., 2–76–98) — Civil Action No. 76–224–C6

Margaret L. and Richard C. Litchfield v. A. H. Robins Co. (D.Minn., 2–77–283) — Civil Action No. 77–1298–C6

Renee K. Stoltzman v. A. H. Robins Co. (D.Minn., 2–77–5) — Civil Action No. 77–1050–C6

Arline B. Sweeney v. A. H. Robins Co. (D.Minn., 2–77–8) — Civil Action No. 77–1053–C6

Pamela S. and Richard S. Olek v. A. H. Robins Co. (D.Minn., 2–77–287) — Civil Action No. 77–1302–C6

Mae M. and Gordon R. Panitzke v. A. H. Robins Co. (D.Minn., 2–77–288) — Civil Action No. 77–1303–C6

Wendy J. and Norman E. Peterson v. A. H. Robins Co. (D.Minn., 2–77–15) — Civil Action No. 77–1060–C6

Sandra L. and Allan E. Pint v. A. H. Robins Co. (D.Minn., 4–76–396) — Civil Action No. 76–454–C6

Judith M. and Gary M. Thompson v. A. H. Robins Co. (D.Minn., 2–76–104) — Civil Action No. 76–230–C6

Karen E. and John A. Torgerson v. A. H. Robins Co. (D.Minn., 2–77–292) — Civil Action No. 77–1307–C6

Diane Voeller v. A. H. Robins Co. (D.Minn., 2–77–293) — Civil Action No. 77–1308–C6

Gloria E. and Alan Weinblatt v. A. H. Robins Co. (D.Minn., 2–77–294) — Civil Action No. 77–1309–C6

Barbara J. and Dennis G. Woodward v. A. H. Robins Co. (D.Minn., 2–77–295) — Civil Action No. 77–1310–C6

Cheryl J. and David J. Wozniak v. A. H. Robins Co. (D.Minn., 2–77–296) — Civil Action No. 77–1311–C6

Marilyn M. and Ronald L. Reed v. A. H. Robins Co. (D.Minn., 2–77–289) — Civil Action No. 77–1304–C6

Susan R. and Stephen J. Stedman v. A. H. Robins Co. (D.Minn., 2–77–7) — Civil Action No. 77–1052–C6

Nancy and David Fauquier v. A. H. Robins Co. (D.New Jersey, CA74–1408) — Civil Action No. 75–325–C6

Alida Naeder v. A. H. Robins Co. (E.D.N.Y., 76C–1818) — Civil Action No. 76–485–C6

Reba Fortenberry v. A. H. Robins Co. (W.D.N.C., SH–C–75–201) — Civil Action No. 76–344–C6

David Joe Fortenberry v. A. H. Robins Co. (W.D.N.C., SH–C–76–153) — Civil Action No. 76–487–C6

Bonnie S. Lazarus v. A. H. Robins Co. (W.D.N.C., C–C–76–99) — Civil Action No. 76–221–C6

Phyllis M. Fowler v. A. H. Robins Co. (D.N.D., A–77–3002) — Civil Action No. 77–1063–C6

Lynn Ellen and Larry Foster Jones v. A. H. Robins Co. (S.D. OH C–3–76–90) — Civil Action No. 76–311–C6

Nora G. Barton v. A. H. Robins Co. (S.D. OH C–2–74–344) — Civil Action No. 76–12–C6

Debra and Allen Nichol v. A. H. Robins Co. (S.D.Ohio, C–2–75–304) — Civil Action No. 75–332–C6

Joan E. Moore v. A. H. Robins Co., Inc. (D.Oregon, 75–836) — Civil Action No. 76–184–C6

Majorie DeBoer v. A. H. Robins Co. (D.Mont., CV77–56–BU) — Civil Action No. 77–1407–C6

Candance West v. A. H. Robins Co. (D.Nebr., 76–0–322) — Civil Action No. 76–455–C6

Patricia W. Kennedy, et al. v. A. H. Robins Co. (D.N.J., 77–0945) — Civil Action No. 77–1268–C6

Lynda Denise and James Sutherland v. A. H. Robins Co. (D.N.J., 77–0750) — Civil Action No. 77–1062–C6

Andrea Lagana, et al. v. A. H. Robins Co. (E.D.N.Y., 75C1413) — Civil Action No. 76–88–C6

Emily Malin, et al. v. A. H. Robins Co. (E.D.N.Y., 76C544) — Civil Action No. 76–457–C6

Elizabeth Parbst, et al. v. A. H. Robins Co. (E.D.N.Y., 75C386) — Civil Action No. 76–68–C6

Laura Reifman, et al. v. A. H. Robins Co. (E.D.N.Y., 75C698) — Civil Action No. 75–327–C6

Janyce H. Wziontka v. A. H. Robins Co. (N.D.N.Y., 76CV345) — Civil Action No. 76–456–C6

Denise Gelberg and Charles Wilson v. A. H. Robins Co. (N.D.N.Y., 76CV111) — Civil Action No. 76–191–C6

Mary L. and Cleveland Brooks v. A. H. Robins Co. (W.D.N.Y., Civ 76–21) — Civil Action No. 76–190–C6

Noreen and Philip Mancini v. A. H. Robins Co. (W.D.N.Y., Civ 76–502) — Civil Action No. 76–519–C6

Mary Ellen Olds v. A. H. Robins Co. (W.D.N.Y., Civ 76–275) — Civil Action No. 76–461–C6

Gaik Sim Taylor v. A. H. Robins Co. (E.D.N.C., 75–23–Civ–3) — Civil Action No. 76–70–C6

Janet H. Faltz v. A. H. Robins Co. (M.D.N.C., C76–85–D) — Civil Action No. 76–147–C6

Alice and Kenneth Dolan v. A. H. Robins Co. (N.D. OH C–75–37) — Civil Action No. 75–330–C6

Joanne and Sheldon J. Donner v. A. H. Robins Co. (N.D. OH C–75–708) — Civil Action No. 76–54–C6

Jovanna Francis, et al. v. A. H. Robins Co. (N.D. OH C–76–21A) — Civil Action No. 76–156–C6

Elizabeth A. Myers v. A. H. Robins Co. (N.D. OH C75–1111) — Civil Action No. 76–91–C6

Carolyn A. and Terry E. Niemann v. A. H. Robins Co. (N.D. OH C–75–1112) — Civil Action No. 76–92–C6

Marcia M. and William R. Fazekas v. A. H. Robins Co. (N.D. OH C75–740) — Civil Action No. 76–53–C6

Patrice and Mark Jones v. A. H. Robins Co. (W.D.Pa., 77–235) — Civil Action No. 77–1194–C6

Valerie A. Steinmetz v. A. H. Robins Co. (D.Or., 76–716) — Civil Action No. 76–133–C6

Melodee A. and Daniel R. Taylor v. A. H. Robins Co. (M.D.Pa., 75–739) — Civil Action No. 76–63–C6

Delight Howard v. A. H. Robins Co. (D.R.I., 77–0187) — Civil Action No. 77–1211–C6

Stella Louise and William G. Jones v. A. H. Robins Co. (E.D. TN 2–75–77) — Civil Action No. 76–137–C6

Rosemary Lane v. A. H. Robins Co. (E.D.Pa., 77–2073) — Civil Action No. 77–1326–C6

Diann and Robert Campbell v. A. H. Robins Co. (E.D.Pa., 77–350) — Civil Action No. 77–1143–C6

Janet Reif, et al. v. A. H. Robins Co. (E.D.Pa., 76–1630) — Civil Action No. 76–301–C6

Margaret Paslee v. A. H. Robins Co. (E.D.Pa., 75–2235) — Civil Action No. 76–134–C6

Sandra Meoli, et al. v. A. H. Robins Co. (E.D.Pa., 74–2889) — Civil Action No. 75–328–C6

Carol Ann Blackwood, et al. v. A. H. Robins Co. (D.Rhode Island, 75–376) — Civil Action No. 76–136–C6

Letty Darlene Bonnette v. A. H. Robins Co. (D.S.Car., 76–478) — Civil Action No. 76–235–C6

Robert H. Garrison, Jr. v. A. H. Robins Co. (D.S.Car., 77–1151) — Civil Action No. 77–1323–C6

Elva and Jason Polk v. A. H. Robins Co. (E.D.Tex., S75–102–CA) — Civil Action No. 76–138–C6

Deborah and Larry Brooks v. A. H. Robins Co. (N.D.Tex., CA–3–77–145–F) — Civil Action No. 77–1124–C6

Wanda Carol Hauk, et vir. v. A. H. Robins Co., Inc. (N.D.Texas, CA3–75–1574–F) — Civil Action No. 76–99–C6

Rosamond Wilhite v. A. H. Robins Co. (W.D.Texas, A–76–Ca–71) — Civil Action No. 76–245–C6

Catherine and Gary Keller v. A. H. Robins Co. (D.Utah, C76–221) — Civil Action No. 76–381–C6

Jean J. & Mufti Akhtar v. A. H. Robins Co. (W.D.Wisc., 77C40) — Civil Action No. 77–1125–C6

Susan Stephens, et al. v. A. H. Robins Co. (D.Minn., 76–205) — Civil Action No. 76–299–C6